# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANISH MADURAINARAYANAMURTHY,<br><br>Defendant. | 4:24-po-05039-JTJ<br><br>**ORDER** |

Upon Defendant's Motion to appear remotely, (Doc. 4) and with good cause shown, IT IS HEREBY ORDERED that the Defendant may appear remotely at the August 23, 2024 9:00 a.m. MST time initial appearance. The Clerk of Court will provide the Defendant the call-in number.

DATED this 20th day of August, 2024.

_____
John Johnston
United States Magistrate Judge

**Telephonic Call-In Information**

1-877-873-8018

Access Code – 1101249